663 A.2d 641

IN THE MATTER OF JOSEPH DE MESQUITA,
AN ATTORNEY AT LAW.

September 14, 1995.

## ORDER

**JOSEPH DE MESQUITA** of **CHERRY HILL,** who was admitted to the bar of this State in 1983, having pleaded guilty to two

counts of mail fraud in violation of 18 *U.S.C.A.* 1341, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSEPH DE MESQUITA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **JOSEPH DE MESQUITA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH DE MESQUITA** comply with *Rule* 1:20–20 dealing with suspended attorneys.